## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                            4:19-CR-00450-LPR-1

JONATHAN McKEMIE

## ORDER

Pending before the Court is a Motion for Reconsideration of Pretrial Detention filed by Defendant Jonathan McKemie on July 13, 2020. *Doc. 25*. For cause, Mr. McKemie states that he wants to enter an inpatient treatment program to overcome his drug addiction. The Government has filed a Response opposing Mr. McKemie's motion. *Doc. 27*.

Mr. McKemie is in custody pending resolution of the pending criminal charges against him for conspiracy to distribute methamphetamine and felon in possession of a firearm. On October 28, 2019, the Court held a hearing on Mr. McKemie's request for O/R bond. At the conclusion of the hearing, the Court found that Mr. McKemie posed a danger to the community and that no condition or combination of conditions that could be imposed would reasonably assure the safety of the community. *Doc. 22*.

Under the Bail Reform Act, a detention decision may be "reopened . . . at any time before trial if the judicial officer finds information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

Mr. McKemie makes no effort to identify any *new* information that arguably warrants revisiting the question of detention. Additionally, for the reasons explained in the Order of Detention, Mr. McKemie's extensive criminal history and history of non-compliance with conditions of parole make him an unsuitable candidate for inpatient drug treatment.

IT IS THEREFORE ORDERED THAT Defendant's Motion for Reconsideration, *Doc. 25*, is DENIED.

Dated this 16th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE